UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **CHARLES CRANFIELD, etc., et al.,** | ) | **CASE NO. 1:16CV1273** |
| | ) | |
| Plaintiffs, | ) | **SENIOR JUDGE** |
| | ) | **CHRISTOPHER A. BOYKO** |
| vs. | ) | |
| | ) | **ORDER** |
| **STATE FARM FIRE & CASUALTY COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, SR. J.**:

This matter comes before the Court upon the Joint Motion (ECF DKT #142) to Stay Case Pending Mediation. The Court favors any efforts to reach an agreed resolution to this dispute.

Therefore, the Joint Motion to Stay is granted and the case is removed from the Court's active docket. Plaintiffs' Motion to Exclude Expert Testimony (ECF DKT #119) and Defendant's Motion for Summary Judgment (ECF DKT #130) are denied, subject to re-filing if mediation proves unsuccessful.

The parties shall file a Joint Status Report on January 10, 2022, and advise the Court of the progress of private mediation.

**IT IS SO ORDERED.**

DATE:

 s/Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**Senior United States District Judge**