# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **CHARLES CRANFIELD, THE CONDOMINIUMS AT NORTHPOINTE ASSOCIATION, and CHRISTINA ERMIDIS**, for themselves individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>**STATE FARM FIRE & CASUALTY COMPANY,**<br><br>　　　　　Defendant. | CASE NO. 1:16-CV-01273<br><br>JUDGE CHRISTOPHER A. BOYKO<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's order of March 1, 2022, Plaintiffs and Defendant State Farm Fire and Casualty Company (collectively, the "Parties") respectfully submit the following Joint Status Report:

1. On October 7, 2021, the Court granted the Parties' joint motion to stay all deadlines in the case in order to engage a mediator to facilitate settlement discussions. Doc. 143.

2. On December 13, 2021, February 11, 2022, and March 21, 2022, the Parties participated in full-day mediation sessions with mediator Michael N. Ungar of Ulmer & Berne LLP.

3. The Parties have made substantial progress toward a potential class resolution of this case.

4. The Parties have scheduled a further mediation session with Mr. Ungar for April 26, 2022.

5. In order to facilitate this continued mediation effort, the Parties request that the stay of this case be continued.

1

| | |
|---|---|
| Dated: April 11, 2022 | Respectfully submitted, |

 */s/ Karl A. Bekeny*       */s/ Patrick J. Perotti* (with consent)

Karl A. Bekeny (OH #0075332)    Patrick J. Perotti, Esq. (#0005481)
Benjamin C. Sassé (OH #0072856)    James S. Timmerberg, Esq. (#0067499)
Elisabeth C. Arko (OH #0095895)    **Dworken & Bernstein Co., L.P.A.**
**Tucker Ellis LLP**    60 South Park Place
950 Main Avenue, Suite 1100    Painesville, Ohio 44077
Cleveland, OH 44113-7213    Phone: (440) 352-3391
Telephone: 216.592.5000    Fax: (440) 352-3469
karl.bekeny@tuckerellis.com    Email: pperotti@dworkenlaw.com
benjamin.sasse@tuckerellis.com            jtimmerberg@dworkenlaw.com
elisabeth.arko@tuckerellis.com

Joseph A. Cancila, Jr. (IL #6193252)    James A. DeRoche, Esq. (#0055613)
Jacob L. Kahn (IL #6296867) (pro hac vice)    **Garson Johnson LLC**
Brian Neff (NY # 4304648) (pro hac vice)    2900 Detroit Avenue
Rachel F. Sifuentes (IL #6304016) (pro hac vice)    Van Roy Building, Second Floor
Allison N. Siebeneck (IL #6313603)    Cleveland, Ohio 44113 Phone: (216) 830-1000
**Riley Safer Holmes & Cancila LLP**    Fax: (216) 696-8558 Fax
70 W. Madison St., Suite 2900    Email: jderoche@garson.com
Chicago, IL 60602
Telephone: 312.471.8700    R. Eric Kennedy (#0006174)
jcancila@rshc-law.com    Daniel P. Goetz (#0065549)
jkahn@rshc-law.com    **Weisman, Kennedy & Berris Co., L.P.A.**
bneff@rshc-law.com    2900 Detroit Avenue
rsifuentes@rshc-law.com    Van Roy Building, Second Floor
asiebeneck@rshc-law.com    Cleveland, Ohio 44113 Phone: (216)781-1111
   Fax: (216)781-6747
   Email: ekennedy@weismanlaw.com
*Counsel for Defendant State Farm Fire and*            dgoetz@weismanlaw.com
*Casualty Company*

Erik D. Peterson (pro hac vice)
**Erik Peterson Law Offices, PSC**
249 E. Main Street, Suite 150
Lexington, KY 40507
Tel: 800-614-1957
Email: erik@eplo.law

*Counsel for Plaintiffs Charles Cranfield, The Condominiums at Northpointe Association, and Christina Ermidis*

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants today (February 28, 2022).

/s/ Karl A. Bekeny
Karl A. Bekeny (OH #0075332)
**Tucker Ellis LLP**

*One of the Attorneys for Defendant State Farm Fire and Casualty Co.*

5502113.1