# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **CHARLES CRANFIELD, THE CONDOMINIUMS AT NORTHPOINTE ASSOCIATION, and CHRISTINA ERMIDIS**, for themselves individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>vs.<br><br>**STATE FARM FIRE & CASUALTY COMPANY,**<br><br>            Defendant. | CASE NO. 1:16-CV-01273<br><br>JUDGE CHRISTOPHER A. BOYKO<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's order of April 12, 2022, Plaintiffs and Defendant State Farm Fire and Casualty Company (collectively, the "Parties") respectfully submit the following Joint Status Report:

1. On October 7, 2021, the Court granted the Parties' joint motion to stay all deadlines in the case in order to engage a mediator to facilitate settlement discussions. Doc. 143.

2. The Parties have participated in several full-day mediation sessions with mediator Michael N. Ungar of Ulmer & Berne LLP. The last such session took place on April 26, 2022.

3. The Parties have made substantial progress toward the class relief elements of a potential class settlement of this case and have scheduled a further mediation session with Mr. Ungar on July 12, 2022, to address the remaining elements of a potential class settlement. Scheduling issues prevented the Parties from arranging an earlier mediation session.

4. In order to facilitate this continued mediation effort, the Parties request that the stay of this case be continued and propose to submit a Joint Status Report on or before July 18, 2022, by which time the Parties hope to report that they have reached agreed terms on a class settlement.

5537602.1

Dated: May 12, 2022

 /s/ Karl A. Bekeny
Karl A. Bekeny (OH #0075332)
Benjamin C. Sassé (OH #0072856)
Elisabeth C. Arko (OH #0095895)
**Tucker Ellis LLP**
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
karl.bekeny@tuckerellis.com
benjamin.sasse@tuckerellis.com
elisabeth.arko@tuckerellis.com

Joseph A. Cancila, Jr. (IL #6193252)
Jacob L. Kahn (IL #6296867) (pro hac vice)
Brian Neff (NY # 4304648) (pro hac vice)
Allison N. Siebeneck (IL #6313603)
**Riley Safer Holmes & Cancila LLP**
70 W. Madison St., Suite 2900
Chicago, IL 60602
Telephone: 312.471.8700
jcancila@rshc-law.com
jkahn@rshc-law.com
bneff@rshc-law.com
asiebeneck@rshc-law.com

*Counsel for Defendant State Farm Fire and Casualty Company*

Respectfully submitted,

 /s/ Erik D. Peterson  (with consent)
Patrick J. Perotti, Esq. (#0005481)
James S. Timmerberg, Esq. (#0067499)
**Dworken & Bernstein Co., L.P.A.**
60 South Park Place
Painesville, Ohio 44077
Phone: (440) 352-3391
Fax:   (440) 352-3469
Email:  pperotti@dworkenlaw.com
        jtimmerberg@dworkenlaw.com

James A. DeRoche, Esq. (#0055613)
**Garson Johnson LLC**
101 West Prospect Avenue, Suite #1610
Midland Building
Cleveland, OH 44115
Phone: (216) 830-1000
Fax: (216) 696-8558 Fax
Email:  jderoche@garson.com

R. Eric Kennedy (#0006174)
Daniel P. Goetz (#0065549)
**Weisman, Kennedy & Berris Co., L.P.A.**
1600 Midland Building
101 Prospect Ave., W.
Cleveland, OH 44113
Phone:  (216)781-1111
Fax:  (216)781-6747
Email:  ekennedy@weismanlaw.com
        dgoetz@weismanlaw.com

Erik D. Peterson (pro hac vice)
**Erik Peterson Law Offices, PSC**
249 E. Main Street, Suite 150
Lexington, KY 40507
Tel: 800-614-1957
Email: erik@eplo.law

*Counsel for Plaintiffs Charles Cranfield, The Condominiums at Northpointe Association, and Christina Ermidis*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants today (February 28, 2022).

                    */s/ Karl A. Bekeny*
                    Karl A. Bekeny (OH #0075332)
                    **Tucker Ellis LLP**

                    *One of the Attorneys for Defendant State Farm Fire and Casualty Co.*

5537602.1