# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **CHARLES CRANFIELD, THE CONDOMINIUMS AT NORTHPOINTE ASSOCIATION, and CHRISTINA ERMIDIS**, for themselves individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>**STATE FARM FIRE & CASUALTY COMPANY,**<br><br>Defendant. | CASE NO. 1:16-CV-01273<br><br>JUDGE CHRISTOPHER A. BOYKO<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's order of July 20, 2022, Plaintiffs and Defendant State Farm Fire and Casualty Company (collectively, the "Parties") respectfully submit the following Joint Status Report:

1. On October 7, 2021, the Court granted the Parties' joint motion to stay all deadlines in the case in order to engage a mediator to facilitate settlement discussions. Doc. 143.

2. The Parties have participated in several full-day mediation sessions with mediator Michael N. Ungar of Ulmer & Berne LLP and have reached an agreement in principle to settle the case on a class-wide basis.

3. Since the Parties' last status report on July 18, 2022, the Parties have executed a term sheet memorializing their agreement in principle and have also exchanged an initial, working draft of the more comprehensive class settlement agreement (without exhibits) that is subject to revisions.

4. In light of the Parties' ongoing efforts to finalize their agreement to settle this case on a class-wide basis, the Parties request that the stay of this case be continued and propose

5673391.1

deferring the next Joint Status Report for at least 60 days to advise of their progress in finalizing the settlement.

Dated: September 19, 2022                                    Respectfully submitted,

 /s/ Karl A. Bekeny                                              /s/ Erik D. Peterson   (with consent) 

| | |
|---|---|
| Karl A. Bekeny (OH #0075332)<br>Benjamin C. Sassé (OH #0072856)<br>Elisabeth C. Arko (OH #0095895)<br>**Tucker Ellis LLP**<br>950 Main Avenue, Suite 1100<br>Cleveland, OH 44113-7213<br>Telephone: 216.592.5000<br>karl.bekeny@tuckerellis.com<br>benjamin.sasse@tuckerellis.com<br>elisabeth.arko@tuckerellis.com<br><br>Joseph A. Cancila, Jr. (IL #6193252)<br>Jacob L. Kahn (IL #6296867) (pro hac vice)<br>Brian Neff (NY # 4304648) (pro hac vice)<br>Allison N. Siebeneck (IL #6313603)<br>**Riley Safer Holmes & Cancila LLP**<br>70 W. Madison St., Suite 2900<br>Chicago, IL 60602<br>Telephone: 312.471.8700<br>jcancila@rshc-law.com<br>jkahn@rshc-law.com<br>bneff@rshc-law.com<br>asiebeneck@rshc-law.com<br><br>*Counsel for Defendant State Farm Fire and Casualty Company* | Patrick J. Perotti, Esq. (#0005481)<br>James S. Timmerberg, Esq. (#0067499)<br>**Dworken & Bernstein Co., L.P.A.**<br>60 South Park Place<br>Painesville, Ohio 44077<br>Phone: (440) 352-3391<br>Fax:   (440) 352-3469<br>Email:  pperotti@dworkenlaw.com<br>             jtimmerberg@dworkenlaw.com<br><br>James A. DeRoche, Esq. (#0055613)<br>**Garson Johnson LLC**<br>101 West Prospect Avenue, Suite #1610<br>Midland Building<br>Cleveland, OH 44115<br>Phone: (216) 830-1000<br>Fax: (216) 696-8558 Fax<br>Email:  jderoche@garson.com<br><br>R. Eric Kennedy (#0006174)<br>Daniel P. Goetz (#0065549)<br>**Weisman, Kennedy & Berris Co., L.P.A.**<br>1600 Midland Building<br>101 Prospect Ave., W.<br>Cleveland, OH 44113<br>Phone:  (216)781-1111<br>Fax:  (216)781-6747<br>Email:  ekennedy@weismanlaw.com<br>             dgoetz@weismanlaw.com<br><br>Erik D. Peterson (pro hac vice)<br>**Erik Peterson Law Offices, PSC**<br>249 E. Main Street, Suite 150<br>Lexington, KY 40507<br>Tel: 800-614-1957<br>Email: erik@eplo.law<br><br>*Counsel for Plaintiffs Charles Cranfield,* |

2

5673391.1

*The Condominiums at Northpointe Association, and Christina Ermidis*

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent today (September 19, 2022) electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    /s/ Karl A. Bekeny
Karl A. Bekeny (OH #0075332)
**Tucker Ellis LLP**

*One of the Attorneys for Defendant State Farm Fire and Casualty Co.*

3

5673391.1